1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**THE HONORABLE JAMES L. ROBART**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JEANETTE "JESS" RAE NORMAN, an individual, LUANA MARIE DUTREMBLE, an individual, VALIANT C. NORMAN, an individual,<br><br>        Defendants.<br>LUANA MARIE DUTREMBLE, an individiaul,<br><br>        Cross-Plaintiff,<br><br>    v.<br><br>JEANETTE "JESS" RAE NORMAN, an individual, and VALIANT C. NORMAN, an individual,<br><br>        Cross-Defendants. | Civil No. 3:21-cv-05187<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESS NORMAN**<br><br>**NOTE ON MOTION CALENDAR: JUNE 28, 2021** |

    **CAME ON TO BE HEARD THIS DAY,** Plaintiff Jackson National Life Insurance

Company's Motion for Default Judgment Against Defendant Jess Norman, the Court having

reviewed the pleadings and papers on file, and considering the follow:

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT - 1
Case No. 3:21-cv-05187


1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

082200/679095-78661065.2

1. Plaintiff's Motion for Default Judgment Against Defendant Jess Norman [Dkt. 14]

2. Declaration of Aaron A. Wagner in Support of Plaintiff's Motion for Default Against Defendant Jess Norman [Dkt. 14-1];

3. Order Granting Motion for Default Against Jess Norman [Dkt. 15];

**IT IS HEREBY ORDERED** that Plaintiff Jackson National Life Insurance Company's Motion for Default Judgment Against Defendant Jess Norman is GRANTED. It is further ordered that:

- Jeanette "Jess" Norman shall not institute and/or prosecute any other actions, causes of action, or civil proceedings in any state, federal or any other court of competent jurisdiction against Jackson and/or Luana Marie Dutremble and/or Valiant C. Norman with respect to the Policy or the proceeds of the Policy which were the subject of this lawsuit;

- Plaintiff Jackson National Life Insurance Company is hereby discharged with prejudice as a disinterested stakeholder and dismissing any and all potential and actual claims against Jackson by Jess Norman, with respect to the Policy or the proceeds of the Policy which were the subject of this lawsuit;

Each party is to bear its own costs and fees with respect to this Motion and Order.

Dated this 1st day of July, 2021.



**THE HONORABLE JAMES L. ROBART**
**UNITED STATES DISTRICT JUDGE**

Presented By:

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT - 2
Case No. 3:21-cv-05187

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

082200/679095-78661065.2

1 | /s/ Aaron A. Wagner
Aaron A. Wagner, WSBA # 51905
2 | **POLSINELLI PC**
1000 Second Avenue, Suite 3500
3 | Seattle, WA 98104
Tel: (360) 481-5107
4 | E-mail: aawagner@polsinelli.com
5 |
*Attorney for Plaintiff,*
6 | *Jackson National Life Insurance Company*

7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT - 3
Case No. 3:21-cv-05187



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400