UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>    Plaintiff,<br><br> v.<br><br>JEANETTE "JESS" RAE NORMAN, an individual, LUANA MARIE DUTREMBLE, an individual, VALIANT C. NORMAN, an individual,<br><br>    Defendants. | Civil No. 3:21-cv-05187<br><br><br>Judge James L. Robart<br><br>**ORDER AND JUDGMENT** |
| LUANA MARIE DUTREMBLE, an individiaul,<br><br>    Cross-Plaintiff,<br><br> v.<br><br>JEANETTE "JESS" RAE NORMAN, an individual, and VALIANT C. NORMAN, an individual,<br><br>    Cross-Defendants. | |

THIS CASE came before the Court on the parties' Joint Motion and Stipulation for Entry of Order and Judgment (Dkt. #19) and the Court, having considered the Joint Motion and Stipulation, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Jackson National Life Insurance Company (Jackson) shall pay the proceeds of the Policy Number 0005574130 (Policy) to Luana Marie DuTremble (DuTremble) and Valiant C. Norman (Norman), $75,000.00 to DuTremble and $25,000.00 to Norman;

2. Jackson is hereby discharged with prejudice as a disinterested stakeholder and dismissing any and all potential and actual claims against Jackson by any and all of the Defendants or any others, who may make claim to the proceeds of the Policy or with respect to the Policy;

3. Luana Marie DuTremble Cross-Claim against Defendant Jeanette "Jess" Rae Norman and Defendant Valiant C. Norman is dismissed with prejudice;

4. Defendants hereto are permanently enjoined from instituting and/or prosecuting any other actions, causes of action, or civil proceedings in any state, federal or any other court of competent jurisdiction against Jackson and/or each other seeking or claiming the proceeds of the Policy or asserting claims under the Policy; and

5. Each party shall bear their own attorney fees and costs.

FILED AND ENTERED this 1st day of July, 2021.

_____
Honorable James L. Robart